# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133159

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EUGENE PAUL SIWIK, JR.,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133159
COA: 271018
Wayne CC: 01-010303

_____/

     On order of the Court, the application for leave to appeal the December 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

Clerk